## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **CR 01-01322-RMT** | Date | August 18, 2008 |

Present: The Honorable    ROBERT M. TAKASUGI, SENIOR U.S. DISTRICT JUDGE

Interpreter    None

| Linda Williams | Walter Ledge | Justin R. Rhoades |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Christin Macaya Gardenhire | x | x | | Larry Bakman, CJA | x | x | |

**Proceedings:**    **STATUS CONFERENCE RE: PRELIMINARY  REVOCATION  HEARING OF SUPERVISED RELEASE**

        Case called. Also present, Karl Swanson, U. S. Probation Officer. Court and counsel confer. Defense counsel request matter be continued.  Government does not oppose. Court ORDERS the Preliminary  Revocation Hearing Re: Supervised Release for defendant Christin Macaya Gardenhire is continued to **Monday, October 6, 2008 at 9:30 a.m.**

| | | | |
|---|---|---|---|
| | 00 | : | 06 |

Initials of Deputy Clerk        ljw

cc:  USPO