UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | **CR 01-01322-RMT-2** | Date | October 6, 2008 |
|---|---|---|---|

| Present: The Honorable | ROBERT M. TAKASUGI, SENIOR U.S. DISTRICT JUDGE |
|---|---|
| Interpreter | None |

| Linda Williams | Donna FitzSimons Rust | Justin Rhoades |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 2) Christin Macaya Gardenhire | X | X | | 2) Larry Bakman | X | | X |

**Proceedings:**   FINAL REVOCATION HEARING RE: SUPERVISED RELEASE

Case called. Also, present Karl Swanson, U. S. Probation Officer. The defendant is arraigned and admits to allegation number one of the Petition on Probation and Supervised Release filed November 19, 2007.

The Court accepts defendant's admission and finds her in violation of her supervised release. The defendant's supervised release is ORDERED revoked, vacated and set aside, and defendant be committed to the custody of the Bureau of Prisons for a term of 24 months, to run consecutive to her state sentence.

PLEASE SEE SEPARATE JUDGMENT AND COMMITMENT ORDER UPON REVOCATION OF SUPERVISED RELEASE.

00 : 14

Initials of Deputy Clerk    ljw

cc: USPO