UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. **CR 01-01322-RMT** |
| ) | |
| Plaintiff, ) | **JUDGMENT AND COMMITMENT ORDER** |
| ) | **UPON REVOCATION OF SUPERVISED** |
| v. ) | **RELEASE** |
| ) | |
| Christin Macaya Gardenhire, ) | |
| ) | |
| Defendant. ) | |

WHEREAS, on October 6, 2008, the attorney for the government, Justin Rhoades, the defendant and his counsel, Larry Bakman, appeared before the court. The defendant admitted Allegation Number One of the Petition on Probation and Supervised Release filed November 19, 2007. The Court finds the defendant in violation of her supervised release and rules as follows:

IT IS HEREBY ORDERED that the supervised release be revoked, vacated and set aside, and that defendant be committed to the custody of the Bureau of Prisons for a term of 24 months, to run consecutive to her state

sentence.  Upon release from confinement, no further term of supervision is to follow.

The Court RECOMMENDS to the Bureau of Prisons defendant does her state custody time in a federal facility.

IT IS ORDERED that the Clerk deliver a copy of this judgment and Probation/Commitment Order to the U. S. Marshal and the U. S. Probation Office.

DATED: October 20, 2008  _____
ROBERT M. TAKASUGI
SENIOR UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK OF COURT

By   Linda Williams, Deputy Clerk